## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| JOHNNY M. HERNANDEZ, #33579-177 | ) | |
| Petitioner, | ) | |
| vs. | ) | No. 3:14-CV-2525-N (BH) |
| | ) | No. 3:05-CR-75-N (16) |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petition for writ of error coram nobis (doc. 3) is **DISMISSED** for lack of jurisdiction.  Also for the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the petition is not construed as a § 2255 motion, because this Court would lack jurisdiction over a successive § 2255 motion without Fifth Circuit authorization.

**SIGNED this 27th day of October, 2014.**

_____

**UNITED STATES DISTRICT JUDGE**